IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| V. | * | CASE NO. 05-152-T |
| | * | |
| **JOHNNIE GRIMES d/b/a** | * | |
| **GRIMES GROCERY,** | * | |
| | * | |
| **Defendant.** | * | |

### NOTICE OF APPEARANCE

Comes now the undersigned counsel and files this Notice of Appearance as attorney of record for the Defendant, Johnnie Grimes.

Respectfully submitted this the 12th day of July, 2005.

                                                            S/Bruce Maddox
                                                            Bruce Maddox (MAD013)
                                                             Attorney for Johnnie Grimes

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| V. | * | CASE NO.  05-152-T |
| | * | |
| **JOHNNIE GRIMES d/b/a** | * | |
| **GRIMES GROCERY,** | * | |
| | * | |
| **Defendant.** | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July, 2005, I electronically filed the foregoing with the Clerk of Court  using the CM/ECF system which will send notification of such filing to A. Tommie Hardwick, Assistant United States Attorney.

    Respectfully submitted.

                                                  S/Bruce Maddox
                                                  Of Counsel