**COURTROOM DEPUTY MINUTES**     **DATE:** JULY 12, 2005
**MIDDLE DISTRICT OF ALABAMA**
                        **DIGITAL RECORDING:** 2:48 - 3:01

- [x] **INITIAL APPEARANCE**
- [ ] **BOND HEARING**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [x] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE **VANZETTA P. MCPHERSON**  DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:05CR152-T-CSC**  DEFT. NAME: **JOHNNY GRIMES**

USA: **Tony Moorer**  ATTY: **Bruce Maddox**
Type Counsel: ( ) Retained; (X) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: **Ra Thweatt**

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES  NAME:_____

- [x] kars.  Date of Arrest **7/12/05**   or  [ ] karsr40
- [x] kia.  Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl.  Deft. First Appearance with Counsel
- [ ]  Deft. First Appearance without Counsel
- [ ]  Requests appointed Counsel  [ ] **ORAL MOTION for Appointment of Counsel**
- [x] kfinaff.  Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] koappted  **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
- [x] k20appt.  Panel Attorney Appointed; [x] to be appointed - prepare voucher
- [ ]  Deft. Advises he will retain counsel. Has retained _____
- [ ]  Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]  Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ] kdmhrg.  **Detention Hearing** [ ] held; [ ] set for _____ at _____
- [ ] kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- [x] kocondrls.  Release order entered. Deft. advised of conditions of release
- [x] kbnd.  [ ] **BOND EXECUTED** (M/D AL charges) $**25,000**. Deft released (kloc LR)
  [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ]  Preliminary Hearing [ ] Set for _____
- [ ] ko.  Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.  Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]  Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [x] karr.  ARRAIGNMENT SET FOR: _____ [x] HELD. Plea of **NOT GUILTY** entered.
  [x] Set for **10/12/05** Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
  DISCOVERY DISCLOSURES DATE: **7/15/05**
- [ ] krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.  Identity/Removal Hearing set for _____
- [x] kwvspt  **Waiver of Speedy Trial Act Rights Executed**