IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v )<br>)<br>) CR. NO. 1:05CR152-T<br>JOHNNIE GRIMES, d/b/a )<br>GRIMES GROCERY | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, **Johnnie Grimes, d/b/a Grimes Grocery,** defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

_7-12-05_
DATE

_/s/ Johnnie P. Grimes_
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT