IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 JUL 18 P 1:39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

UNITED STATES OF AMERICA,

    Plaintiff

Vs.                                CR.NO. 1:05 CR 152-T

HOUSTON MIKE HOLLY, and
JOHNNIE GRIMES d/b/a
GRIMES GROCERY,

    Defendants.

## NOTICE OF APPEARANCE

COMES now Sydney Albert (Al) Smith Attorney at Law, and files herein a **NOTICE OF APPEARANCE** as counsel for JOHNNIE GRIMES.

Counsel in making his appearance, requests:

1. That all notices of continuances, trial settings, docket settings, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2. That the name of counsel be entered herein on the appropriate Court records and that he be designated as counsel of record.

Respectfully submitted this the July 13, 2005.

                                            _____
                                            Sydney Albert (Al) Smith    SMI098
                                            Attorney at Law
                                            P. O. Drawer 389
                                            Elba, Al 36323
                                            Phone:    334-897-3658

      Fax:          334-897-8633
      email:        sydneyalbertsmith@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by placing same in the United States Mail, postage paid, and addressed as follows:

Honorable Tommie Brown Hardwick
Assistant United States Attorney
Middle District of Alabama
One Court Square
Suite 201
Montgomery, Alabama 36104

Honorable Bruce Maddox
6728 Taylor Court
Montgomery, AL 36117

_____  7/14/05
Of Counsel                Date