**MINUTES**

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. CHARLES S. COODY, JUDGE     **AT**     **Montgomery, Alabama**

DATE COMMENCED:    8/2/05     **AT**     **10:00 - 10:45**

DATE COMPLETED:    8/2/05     **TO**     **Digital Recorded**

| UNITED STATES OF AMERICA | * | |
| VS. | * | CASE NO.: 1:05CR152-T-CSC |
| HOUSTON M. HOLLY | * | |
| JOHNNIE GRIMES | * | |

**GOVERNMENT**              **APPEARANCES:**              **DEFENDANT**

Atty. Susan Redmond              *     Atty. Sydney Albert Smith

### COURT OFFICIALS PRESENT:

**Court Room Deputy:** Wanda Stinson

( ) NON-JURY TRIAL

(X) OTHER PROCEEDINGS: **RULE 44 HRG AND PRETRIAL CONFERENCE**

# <u>SEE MINUTES ATTACHED</u>

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Rule 44 Hrg.  Hearing - 1:05CR152-T-CSC | |
|---|---|---|
| Date | 8 / 2 /2005 | **Location** Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 10:00:12 AM | Court | Court convenes; parties present as noted above;  Defendant's placed under oath;  Questions to each deft as to age; medications taking, etc. |
| 10:03:09 AM | Mr. Holley | Response to the court as to age, education and medications taking; |
| 10:03:41 AM | Court | Directs questions to Deft. Grimes; |
| 10:03:55 AM | Mr. Grimes | Response to the court as to his age, education and medication taking; |
| 10:04:43 AM | Atty. Smith | Addresses the court as to the competency of both defts; |
| 10:04:59 AM | Court |  Discussion with both defts as to rights to be represented by own lawyer that represent them and their interest; Discussions of problems or conflicts that may rise with a lawyer representing to or more people; |
| 10:10:46 AM | Atty. Smith | Addresses the court that Mr. Holley came to him first and that he has just meet with Mr. Grimes today; Advised both that the had a right to different attorneys; Mr. Grimes indicated that he wanted to be represented by me; |
| 10:12:02 AM | Court | Addresses Deft Grimes as to his understanding of his right to have own attorney; |
| 10:12:06 AM | Mr. Grimes | Confirms understanding and wants Mr. Smith to represent him; |
| 10:12:23 AM | Court | Addresses Deft Holley as to the his understanding of difficulties that can rise out Mr. Smith representation of Deft Grimes; |
| 10:12:31 AM | Mr. Holley | Confirms understanding and wants Mr. Smith to rrepresent him; |
| 10:12:35 AM | Court | Asked CRD about Rule 44 forms; |
| 10:12:42 AM | CRD | Checking on forms; |
| 10:13:03 AM | Court | Will see if we can find some of our standard R44 forms; |
| 10:13:06 AM | Atty. Smith | Will file waiver of Speedy trial form on behalf of Mr. Holley today;  Discussion as to pretrial set for Monday, have a capital case set for that time as well;  Ask the court to continue the pretrial or do it by telephone or move it to later; |
| 10:14:16 AM | Atty. Redmond | Addresses the court; Will be able to stand in for Mr. Hardwick if necessary; |
| 10:14:57 AM | Atty. Smith | Addresses the court as to 2 discovery issues that need to be taken care of; |
| 10:16:05 AM | Court | Govt prepared to go forward with pretrial conference now?; |
| 10:16:14 AM | Atty. Redmond | Addresses the court - not prepared  to go forward at this time; |
| 10:16:32 AM | Court | Is this case going to trial? |
| 10:17:02 AM | Atty. Smith | Yes sir; |
| 10:17:02 AM | Court | How days will it take to try? |

| 10:17:02 AM | Atty. Smith | 2 days; |
| 10:17:08 AM | Court | What are the discovery problems: |
| 10:17:23 AM | Atty. Smith | Response regarding documents obtained from supply houses obtained by subpoena would like copies of those subpoenas; |
| 10:18:30 AM | Court | Suggest that parties confer with each other on the issues; |
| 10:18:40 AM | Atty. Redmond | Responds to the court; Asked Mr. Smith to put that in writing; |
| 10:18:58 AM | Court | Will take a brief recess to find forms to be executed; |
| 10:43:24 AM | Court | Court RECONVENES; |
| 10:43:31 AM | Court | Discussion of waiver forms; Defts have no questions about the waiver form; Defts agree to have Mr. Smith represent them; Defts executes forms. |
| 10:45:06 AM | Atty. Smith | We did sign and file a waiver of speedy trial form on behalf of Deft Holley; |
| 10:45:24 AM | Court | Court is recessed. |