IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **V.** | * | CASE NO.  05-CR-152-T |
| | * | |
| **JOHNNIE GRIMES d/b/a** | * | |
| **GRIMES GROCERY,** | * | |
| | * | |
| **Defendant.** | * | |

## MOTION TO WITHDRAW

Come now undersigned Counsel and moves the Court to permit him to withdraw as counsel for Defendant, Johnnie Grimes, and as grounds therefor says as follows:

1. That the defendant has retained other counsel.

Respectfully submitted this the 1st day of September, 2005.

                          S/Bruce Maddox
                          Bruce Maddox (MAD013)

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
|    **Plaintiff,** | * | |
| | * | |
| **V.** | * | CASE NO. 05-152-T |
| | * | |
| **JOHNNIE GRIMES d/b/a** | * | |
| **GRIMES GROCERY,** | * | |
| | * | |
|    **Defendant.** | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to A. Tommie Hardwick, Assistant United States Attorney.

   Respectfully submitted.

                                                     S/Bruce Maddox
                                                 Of Counsel