IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 1:05cr152-T |
| ) | |
| JOHNNIE GRIMES d/b/a ) | |
| GRIMES GROCERY ) | |

**ORDER**

Upon consideration of the September 1, 2005, motion to withdraw (doc. # 36) filed by attorney Bruce Maddox on behalf of the defendant, it is

ORDERED that the motion to withdraw be and is hereby held in abeyance pending notice of appearance of counsel for the defendant.

Done this 12th day of September, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE