## IN THE UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

## SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                                  CR.NO. 1:05 CR 152

JOHNNIE GRIMES,
    Defendant.

### DEFENDANT GRIMES' NOTICE OF INTENT TO CHANGE PLEA

Now Comes the Defendant, JOHNNIE GRIMES, by and through undersigned counsel, Sydney Albert (Al) Smith, and advises this Court of the Defendant's intent to enter a plea of guilty to an information pursuant to a plea agreement under Rule 11c(1)(C) of the Federal Rules of Criminal Procedure in resolution of the above styled cause.

Respectfully submitted this the 29th day of September, 2005.

                                              S/Sydney Albert Smith
                                              Sydney Albert (Al) Smith
                                              Attorney at Law
                                              ASB-3560-H70S
                                              P. O. Drawer 389
                                              Elba, Al 36323
                                              Phone:     334-897-3658
                                              Fax:        334-897-8633

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

TOMMIE BROWN HARDWICK, ASSISTANT U. S. ATTORNEY
JOHN T. HARMON, ASSISTANT U. S. ATTORNEY
DAVID JEROME HARRISON, ATTORNEY FOR HOUSTON MIKE HOLLY

      Respectfully submitted,

/s/Sydney Albert Smith
Sydney Albert Smith
ASB 3560 H70S
Attorney for Johnnie Grimes
P. O. Drawer 389
Elba, AL 36323
Phone:         334-897-3658
Fax:           334-897-8633
email:         sydneyalbertsmith@charter.net