IN THE DISTRICT COURT OF THE UNITED STATES
RECEIVED FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2005 SEP 30 ⊃ 4: 31

UNITED STATES OF AMERICA )
U.S. DISTRICT COURT )  CR. NO.  1:05cr152-T
MIDDLE DISTRICT ALA. )       [21 USC § 843(b);
v. )       18 USC § 2]
 )
JOHNNIE GRIMES, d/b/a )
GRIMES GROCERY )
 )  INFORMATION

The United States Attorney charges:

## COUNT 1

From on or about January 24, 2002, to on or about January 25, 2002, in Coffee

County, Alabama, within the Middle District of Alabama,

### JOHNNIE GRIMES, d/b/a/
### GRIMES GROCERY,

defendant herein, while aiding and abetting another person, did knowingly use a telephone, to

facilitate the sale of pseudoephedrine knowing or having reasonable cause to believe that it would

be used to manufacture methamphetamine. All in in violation of Title 21, United States Code,

Section 843(b), and Title 18, United States Code, Section 2.

### Forfeiture Allegation

A.     Count 1 of this information is hereby repeated and incorporated herein by reference.

B.     Upon conviction for violation of Title 21, United States Code, Section 843(b), as

alleged in Count 1, the defendant,

### JOHNNIE GRIMES, d/b/a
### GRIMES GROCERY,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all

property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Information, including but not limited to the following:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, real property known as Grimes Grocery, located at 5138 County Road 636, Enterprise, Coffee County, Alabama, more particularly described as follows:

One lot of land containing one acre, and being better described as follows: Begin where the West line of the NE1/4 of the NW1/4, Section 9, Township 3, Range 21 intersects the South boundary of Coffee County Highway 14; thence East 800 feet along the South line of County Road 14 and to Point of Beginning; thence 210 feet South; thence 210 feet East; thence 210 feet North to the South boundary of Highway 14; thence 210 feet West along the South boundary of said lot to the Point of Beginning. Said property being a part of the NE1/4 of the NW1/4, Section 9, Township 3, Range 21, Coffee County, Alabama, and being a part of that conveyance to Grantors by conveyance dated May 29, 1920 and recorded in Deed Book 12, Page 234, Office of the Judge of Probate, Enterprise, Coffee County, Alabama.

C.    If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendants up to the value of the forfeitable property, all in violation of Title 21, United States Code, Sections 841, 846, and 853, and Title 18, United States Code, Section 2.

2

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

TOMMIE BROWN HARDWICK
Assistant United States Attorney

JOHN T. HARMON
Assistant United States Attorney