IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA     )
    )
vs.     )    CR. NO. 1:05CR152-T
    )
JOHNNIE GRIMES, d/b/a    )
GRIMES GROCERY    )

## ORDER

Pursuant to the  defendant's *Notice of Intent to Change Plea* (Doc. #44) filed on September 30, 2005, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **October 4, 2005**, at **2:30 p.m.,** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 3rd day of October, 2005.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE