# United States District Court

FILED
OCT - 4 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

JOHNNIE GRIMES d/b/a
GRIMES GROCERY

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:05cr152-T

I, ___JOHNNIE GRIMES___, the above named defendant, who is accused of

VIOLATIONS OF TITLE 21 USC § 843(b), and TITLE 18 USC § 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___10/4/05___ prosecution by indictment and consent that the
                                        Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer