| | | | |
|---|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: 10/4/05 | FTR RECORDING: | 3:04 - 3:19 |
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: RISA ENTREKIN | |

☐ ARRAIGNMENT  √ CHANGE OF PLEA  ☐ CONSENT PLEA

☐ RULE 44(c) HEARING  ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*  **DEPUTY CLERK:** *WANDA STINSON*

**CASE NUMBER:** *1:05CR152-T-CSC*  **DEFENDANT NAME:** JOHNNIE GRIMES dba GRIMES GROCERY

**AUSA:** TOMMIE HARDWICK  **DEFENDANT ATTY:** *SYNDEY ALBERT SMITH*

Type Counsel:  ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (√) CDO

**USPO:** DOUG MATHIS

Defendant ____ does  √ does NOT need and interpreter.

Interpreter present? √ NO ___ YES  Name: _____

---

☐ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing  ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

√ **WAIVER OF INDICTMENT** executed and filed.

√ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity

√ Guilty as to:  √ Count(s) 1  of the Felony Information.

☐ Count(s) _____  ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered.  √ Written plea agreement filed.  ☐ **OPEN/ORAL** Plea Agreement.

☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued under √ Same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____ ; √ Sentencing on _____ ; √ To be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____ ; or  ☐ Sentencing on _____  ☐ set by separate Order.