IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   1:05cr152-T |
| | ) | |
| JOHNNIE GRIMES | ) | |

## UNITED STATES' MOTION FOR REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level pursuant to U.S.S.G. § 3E1.1(b), based on Defendant's acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

The Defendant notified the United States of Defendant's intent to plead guilty in sufficient time to qualify for an additional one point offense level reduction under 3E1.1(b). The Defendant pled guilty to the indictment on October 4, 2005. Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 9th day of January, 2006.

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY

                /s/Tommie Brown Hardwick
                TOMMIE BROWN HARDWICK
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: tommie.hardwick@usdoj.gov
                ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  1:05cr152-T |
| | ) | |
| JOHNNIE GRIMES | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Sydney A. Smith, Esquire.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T