IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  1:05cr152-T |
| | ) | |
| JOHNNIE GRIMES | ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO § 5K1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. Defendant entered a plea of guilty pursuant to a plea agreement under Rule 11(c)(1)(C) to an information charging violation of Title 21, United States Code, Section 843(b).

2. Defendant agreed to cooperate with the Government in the instant cause and in subsequent investigations as necessary, and to waive his rights to appeal or collaterally attack the guilty plea or sentence.

3. The United States submits the defendant has cooperated with the United States and has abided by the terms of his plea agreement. The assistance provided by the defendant should be considered substantial. The information provided by Defendant Grimes and his willingness to testify in a pending case, resulted in guilty pleas and the resolution of the government's cases.

4. The Government is satisfied that the defendant is entitled to be considered for a reduction of sentence under § 5K1.1 U.S.S.G., and moves this Court to downwardly depart 12 months, and impose a sentence of 36 months imprisonment which is in accordance with the plea agreement.

Respectfully submitted, this the 10th day of January, 2006.

                          LEURA GARRETT CANARY
                          UNITED STATES ATTORNEY

                          /s/Tommie Brown Hardwick
                          TOMMIE BROWN HARDWICK
                          One Court Square, Suite 201
                          Montgomery, AL 36104
                          Phone: (334) 223-7280
                          Fax: (334) 223-7135
                          E-mail: tommie.hardwick@usdoj.gov
                          ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr152-T |
| | ) | |
| JOHNNIE GRIMES | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Sydney Albert Smith, Esquire.

    Respectfully submitted,

    /s/Tommie Brown Hardwick
    TOMMIE BROWN HARDWICK
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: tommie.hardwick@usdoj.gov
    ASB4152 W86T