IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 1:05cr152-T |
| ) | |
| JOHNNIE GRIMES d/b/a ) | |
| GRIMES GROCERY ) | |

## RENEWED MOTION FOR FORFEITURE HEARING

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, hereby submits the following:

1. The United States filed its Motion for Forfeiture Hearing on October 12, 2005. Sentencing in this case is set for January 26, 2006. If warranted, a Preliminary Order of Forfeiture <u>must</u> be entered no later than sentencing. <u>See</u> Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

2. The United States renews its motion for forfeiture hearing and requests said hearing be set concurrently with sentencing in this case.

Respectfully submitted this the 20th day of January, 2006.

```
                              FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY



                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Bar Number: 7068-II58J
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201 (36104)
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560
```

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I electronically filed the foregoing Renewed Motion for Forfeiture Hearing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David J. Harrison**, **Sydney Albert Smith** and **Tommie Brown Hardwick**.

```
                               /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201 (36104)
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560
                              E-mail: John.Harmon@usdoj.gov
```