IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>JOHNNIE GRIMES            ) | CRIMINAL ACTION NO.<br>1:05cr152-MHT |

### ORDER

It is ORDERED that the motions for forfeiture hearing (Doc. Nos. 58 & 67) are granted and that a forfeiture hearing is set for January 26, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 23rd day of January, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE