AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

JOHNNIE GRIMES

**NOTICE**

CASE NUMBER: 1:05cr152-002-MHT

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |
| TYPE OF PROCEEDING | |

**SENTENCING HEARING** before Judge Myron H. Thompson

X TAKE NOTICE that a proceeding in this case has been RESCHEDULED as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | January 26, 2006 10:00 a.m. | **January 26, 2006, 2:00 p.m.** (Courtroom 2E) |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 24, 2006
DATE

(BY) DEPUTY CLERK