# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   JANUARY 27, 2006           AT       3:40        A.M./P.M.

DATE COMPLETED   JANUARY 27, 2006           AT       4:15        A.M./P.M.

```
UNITED STATES OF AMERICA           )
                                   )
    v                              )     Cr No. 1:05cr152-002-MHT
                                   )
JOHNNIE GRIMES                     )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Tommie Hardwick | X | Atty Sydney Albert Smith |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| David Sapp, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(X) OTHER PROCEEDING:   SENTENCING HEARING


3:40 p.m.     Sentencing hearing commenced.
              Terms of plea agreement were stated on the record.  Guilty
              plea not accepted by the court due to defendant's apparent
              inability to fully comprehend the nature of the charges, his
              plea, and sentencing hearing.  Tom Grimes's oral
              representation regarding father's recent mental state.
              Order to issue directing mental evaluation of the defendant.
4:15 p.m.     Court adjourned.