IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
     v.                      )    CRIMINAL ACTION NO.
                             )      1:05cr152-MHT
JOHNNIE GRIMES               )
```

ORDER

Based upon the court's observations of defendant Johnnie Grimes during the sentencing hearing held on January 26, 2006, and pending the mental examination ordered by the court today, it is ORDERED that the decision whether to accept defendant Grimes's guilty is held in abeyance.

DONE, this the 27th day of January, 2006.

_____ /s/ Myron H. Thompson _____
UNITED STATES DISTRICT JUDGE