IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 1:05cr152-MHT-CSC |
| ) | |
| JOHNNIE GRIMES d/b/a ) | |
| GRIMES GROCERY ) | |

**ORDER**

Upon consideration of the September 1, 2005, motion to withdraw (doc. # 36) filed by attorney Bruce Maddox on behalf of the defendant, it is

ORDERED that the motion to withdraw be and is hereby GRANTED.

Done this 30th day of January, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE