IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr152-MHT |
| JOHNNIE GRIMES | ) | |

## ORDER

It is ORDERED that the competency hearing and resumption of sentencing for defendant Johnnie Grimes are set for May 18, 2006, at 10:00 a.m., at the Frank M. Johnson Courthouse complex, Courtroom 2-FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 12th day of May, 2006.

　　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE