IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CR. NO. 1:05cr152-T |
| ) | |
| JOHNNIE GRIMES d/b/a    ) | |
| GRIMES GROCERY    ) | |

SECOND RENEWED MOTION FOR FORFEITURE HEARING

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, hereby submits the following:

1.    The United States filed its Renewed Motion for Forfeiture Hearing on January 20, 2006.  Sentencing in this case is set for May 18, 2006 at 10:00 a.m.  If warranted, a Preliminary Order of Forfeiture must be entered no later than sentencing.  See Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

2.    The United States again renews its motion for forfeiture hearing and requests said hearing be set concurrently with sentencing in this case.

Respectfully submitted this the 12th day of May, 2006.

```
                         FOR THE UNITED STATES ATTORNEY
                                LEURA G. CANARY




                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Bar Number: 7068-II58J
                         Office of the United States Attorney
                         Middle District of Alabama
                         One Court Square, Suite 201 (36104)
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
```

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2006, I electronically filed the foregoing Second Renewed Motion for Forfeiture Hearing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David J. Harrison**, **Sydney Albert Smith** and **Tommie Brown Hardwick**.

```
                          /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Office of the United States Attorney
                         Middle District of Alabama
                         One Court Square, Suite 201 (36104)
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: John.Harmon@usdoj.gov
```