AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

JOHNNY GRIMES
dba Grimes Grocery

**NOTICE**

CASE NUMBER: 1:05cr152-MHT

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

COMPETENCY AND SENTENCING HEARINGS before Judge Myron Thompson in Courtroom 2FMJ

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | May 18, 2006, at 10:00 a.m. | May 18, 2006, at 2:00 p.m. |

DEBRA P. HACKETT, Clerk, USDC
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_/s/ Barnes_
(BY) DEPUTY CLERK

May 15, 2006
DATE