IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr152-MHT |
| JOHNNIE GRIMES | ) | |

## ORDER

It is ORDERED that the motion for forfeiture hearing (Doc. No. 84) is granted and that a forfeiture hearing is set for May 18, 2006, at 2:00 p.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 17th day of May, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE