# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE                    AT MONTGOMERY   ALABAMA

DATE COMMENCED  May 18, 2006                          AT  5:15   A.M./P.M.

DATE COMPLETED  May 18, 2006                          AT  5:40   A.M./P.M.

UNITED STATES OF AMERICA                              Criminal Action
                                                      1:05-cr-152-MHT
    VS.

JOHNNIE GRIMES

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Tommie Hardwick | X<br>X<br>X<br>X<br>X | Atty Sydney Albert Smith |

COURT OFFICIALS PRESENT:

| Anthony Green,<br>Courtroom Clerk | David Sapp,<br>Law Clerk | Mitchell Reisner,<br>Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   COMPETENCY HEARING, FORFEITURE HEARING & SENTENCING HEARING

5:15 p.m.   Hearing convenes. I. Forfeiture: Government oral motion to strike forfeiture allegation without prejudice. ORAL ORDER granting motion to strike. Forfeiture allegation dismissed without prejudice. II. Competency Hearing: No additional evidence presented on competency issue. ORAL ORDER finding the defendant competent. III. Sentencing Hearing: Sentencing imposed at 2 years probation. ORAL ORDER during sentencing imposition, granting motion for downward departure and motion for reduction in criminal offense level for acceptance of responsibility.

5:40 p.m.   Hearing concluded.